RECEIVED
JUL - 2 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION NO. 07-0777 |
| VERSUS | JUDGE DOHERTY |
| ALCATRINA JOSEPH WOODS<br>PHYLLIS PRUITT WOODS | MAGISTRATE JUDGE METHVIN |

## MEMORANDUM RULING AND ORDER

Pending before this Court is a "Report and Recommendation on Motion for Default Judgment" issued by Magistrate Judge Methvin, in which the magistrate judge recommends that the United States of America's Motion for Default Judgment Pursuant to Rule 55 of the Federal Rules of Civil Procedure [Doc. 10] be GRANTED IN PART and DENIED IN PART. For the following reasons, this Court ADOPTS IN PART Magistrate Judge Methvin's Recommendation. The motion for default judgment will be granted, however, the amount awarded the government will be modified to reflect a credit in an amount already paid by the debtors toward the debt. Furthermore, the government's request for seizure and sale of defendants' property will be denied as recommended by the magistrate judge.

In her Report, the magistrate judge recommends the government's motion for default judgment be GRANTED and recommends the amount awarded in default should be $94,546.36 in unpaid principal and $2,962.88 in interest, plus additional interest accrued between March 19, 2007 and the date of judgment, and judicial interest and costs pursuant to 28 U.S.C. §1961. Additionally, the magistrate judge recommends the government's request for seizure and sale of the defendants' property to satisfy the debt should be DENIED given that the government has not satisfied the

requirements for establishing an enforceable security interest in the property. The magistrate judge recommends the government be permitted to re-urge the request for seizure and sale of defendants' property if and when it can satisfy such requirements.

Also in the Report, the magistrate judge includes the following information in footnote 14:

> Although the proposed judgment submitted by the government states that the amount owed is "Subject to a credit of $8,676.89 received on August 16, 2007," said credit is not addressed in the Motion for Judgment of Default, nor is it explained, detailed, or otherwise addressed anywhere in the record. Accordingly, since the record is void of any information regarding a possible credit, the amounts detailed in the Complaint and Mr. Cooper's affidavit are the only amounts properly before the court.

This Court notes no party filed an objection to the magistrate judge's Report and Recommendation within the ten-day period prescribed in the Report.

As the verbiage of the government in its motion as to the amount remaining due did not coincide with the government's proposed judgment submitted with the motion, and in light of the magistrate judge's recognition of the incongruity, in accordance with judicial economy, this Court contacted the U.S. Attorney's office requesting clarification as to the government's intent. The government thereafter filed a supplemental motion reflecting the verbiage contained in their original proposed judgment. That motion is now before this court. [Doc. 16].

After review of the Report and Recommendation, and further considering the supplemental motion filed by the government wherein the government requests the debtors be given a credit for $8,676.89 for payment received on August 16, 2007, this Court concludes the motion for default judgment should be granted for the reasons stated in the magistrate judge's report, subject to a modification of the amount awarded to the government to reflect the debtors' credit. Therefore, for the reasons set forth in the magistrate judge's Report and Recommendation, and further considering

the supplemental motion filed by the government,

IT IS ORDERED that the Motion for Default Judgement [Doc. 10] is GRANTED IN PART and DENIED IN PART. The motion for default judgment is GRANTED, and judgment is entered in favor of the United States of America and against defendants Alcatrina Joseph Woods and Phyllis Pruitt Woods, jointly, severally, and *in solido*, for the principal amount of $94,546.36 and the accrued interest of $2,962.88, plus interest accrued between March 19, 2007 and the date of judgment, and judicial interest and costs, all subject to a credit in the amount of $8,676.89, reflecting a payment made by the debtors and received by the government on August 16, 2007.

IT IS FURTHER ORDERED that the government's request for seizure and sale of the defendants' property is DENIED, without prejudice to the government to re-urge the request at a later date.

THUS DONE AND SIGNED in Chambers, Lafayette, Louisiana, this ___ day of July 2008.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE