RECEIVED

JUL - 2 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION NO. 07-0777 |
| VERSUS | JUDGE DOHERTY |
| ALCATRINA JOSEPH WOODS<br>PHYLLIS PRUITT WOODS | MAGISTRATE JUDGE METHVIN |

### JUDGMENT

This matter was referred to United States Magistrate Judge Mildred E. Methvin for her Report and Recommendation. After an independent review of the record, the applicable jurisprudence, and objections filed by the parties, this court concludes that the Report and Recommendation of the magistrate judge is correct and this Court adopts the conclusions set forth therein.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Motion for Default Judgment filed by the United States if America is GRANTED and that Judgment is entered in favor of the United States of America against defendants Alcatrina Joseph Woods and Phyllis Pruitt Woods, jointly, severally, and *in solido*, for the principal amount of $94,546.36 and the accrued interest of $2,962.88, plus interest accrued between March 19, 2007 and the date of judgment, and judicial interest and costs, all subject to a credit in the amount of $8,676.89, reflecting a payment made by the debtors and received by the government on August 16, 2007.

IT IS FURTHER ORDERED that the government's request for seizure and sale of the defendants' property is DENIED, without prejudice to the government to re-urge the request at a later date.

THUS DONE AND SIGNED in Chambers, Lafayette, Louisiana, this 2 day of July 2008.

_____
REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE